AO 442

ORDERED SEALED BY COURT
NOT FOR PUBLIC VIEW

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

#1525912

FILED
2008 JUL -8 AM 8:43
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RM DEPUTY

UNITED STATES OF AMERICA
V.
RAFAEL SANTIAGO (1)

## WARRANT FOR ARREST

CASE NUMBER: '08 MJ 1855

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest RAFAEL SANTIAGO

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition ☐ Pretrial Violation

charging him or her with (brief description of offense)

Wire Fraud and Aiding and Abetting

DATE 06/25/2008
ARRESTED BY FBI - Los Angeles
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY Cesar O. Martin

RECEIVED
2008 JUN 16 P 4:12
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

In violation of Title 18 United States Code, § 1343

| | |
|---|---|
| W. Samuel Hamrick, Jr. | Clerk of the Court |
| Name of Issuing Officer | Title of Issuing Officer |
| | 6-13-08 @ San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ no bail pending first appearance by [signature]
PETER C. LEWIS
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS II 'J' FBI

2602